

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00539-CV

**EX PARTE** Roberto Pasquale-Gualtier **PETITTO**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17655A
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

On June 5, 2019, this court issued an opinion and judgment in this appeal. Appellant Roberto Pasquale-Gaultier Petitto timely filed a motion for rehearing and a motion for en banc reconsideration. We DENY Appellant's motion for rehearing, but acting sua sponte to clarify the applicable analysis, we withdraw our June 5, 2019 opinion and judgment and substitute the opinion and judgment of this date in their stead.

In accordance with this court's opinion of this date, we AFFIRM the trial court's order DENYING Appellant Robert Pasquale-Gualtier Petitto's petition for expunction.

Appellant's motion for en banc reconsideration is moot.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice